IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW STAKEMAN,[1] | § | |
| | § | No. 362, 2017 |
| Petitioner Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Family Court |
| | § | of the State of Delaware |
| KATHERINE PARKER and | § | |
| GEORGE PARKER, | § | File No. CN15-04426 |
| | § | Petition No. 16-26036 |
| Respondents Below- | § | |
| Appellees. | § | |

Submitted: April 27, 2018
Decided: July 5, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

# **O R D E R**

This 5th day of July 2018, the Court has considered this matter on the basis of the opening brief and the record below and concludes that the appeal should be affirmed on the basis of the Family Court's well-reasoned opinion, dated August 8, 2017, denying the appellant's petition for third-party visitation.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

---

[1] The Court assigned pseudonyms to the parties in accordance with Supreme Court Rule 7(d).